# JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>    v.<br><br>Rednab, Inc. dba Denny's #7284;<br>GGP-Redlands Mall, LP,<br><br>    Defendants. | Case No. EDCV14-00673 JGB (DTBx)<br><br>**Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants, Rednab, Inc. and GGP-Redlands Mall, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: September 4, 2014

_____
United States District Judge